UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KARL KRULLS,

                    Plaintiff,

                                              COURT FILE NO.: 1:09-cv-00840-LEK

v.

DUNN, JOHNSTON & BROWN, INC.,

                    Defendant.

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DUNN, JOHNSTON & BROWN, INC.

Defendant DUNN, JOHNSTON & BROWN, INC. ("DJB"), being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

URS is not a publicly held or traded corporation and is not a wholly owned subsidiary of any publicly held or traded corporation.

                                              s/ David G. Peltan
                              David G. Peltan, Bar Roll Number 515856
                      Attorney for Defendant DUNN, JOHNSTON & BROWN, INC.
                                              Peltan Law, PLLC
                                              128 Church Street
                                              East Aurora, NY 14052
                                              (716) 655-3887
                                              davidpeltan@roadrunner.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KARL KRULLS,

                        Plaintiff,

                                                    COURT FILE NO.: 1:09-cv-00840-LEK

v.

DUNN, JOHNSTON & BROWN, INC.,

                        Defendant.

---

## CERTIFICATE OF SERVICE

        I hereby certify that on October 30, 2009, I electronically filed the foregoing with the

Clerk of the District Court using its CM/ECF system, which would then electronically notify the

following CM/ECF participants on this case:

        Plaintiff, KARL KRULLS via his counsel of record –

        Adam T. Hill, Esq.

        And, I hereby certify that, to the best of my knowledge and information, there are no

other participants on this case requiring service by any means.

                                                    s/ David G. Peltan
                                        David G. Peltan, Bar Roll Number 515856
                                Attorney for Defendant DUNN, JOHNSTON & BROWN, INC.
                                                    Peltan Law, PLLC
                                                    128 Church Street
                                                    East Aurora, NY 14052
                                                    (716) 655-3887
                                                davidpeltan@roadrunner.com